■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON BULLOCK, Appellant. [809 NYS2d 913]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blackburne, J.), rendered September 13, 2004, convicting him of robbery in the second degree, criminal mischief in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the verdict was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either without merit or do not require reversal. H. Miller, J.P., Crane, Skelos and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENTWEAL CATTS, Appellant. [812 NYS2d 549]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered March 9, 2004, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to move to withdraw his plea of guilty on the grounds that it was not knowingly, voluntarily, or intelligently made and that he was denied the effective assistance of counsel. Thus, his present contentions are unpreserved for appellate review (*see People v Pellegrino*, 60 NY2d 636 [1983]; *People v Nicholas*, 8 AD3d 300 [2004]; *People v Aguirre*, 304 AD2d 771 [2003]; *People v Leo*, 255 AD2d 458 [1998]).

Furthermore, since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, and which was the minimum sentence authorized by law, he has no basis to now complain that his sentence was excessive (*see People v Gillyard*, 237 AD2d 302 [1997]; *People v Kazepis*, 101 AD2d 816 [1984]). H. Miller, J.P., Crane, Krausman, Rivera and Lifson, JJ., concur.